**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-00437-AP

ROSALIND PAYNE,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:                                  For Defendant:

VIRGINIA L. CARD SMITH                JOHN F. WALSH
1763 Franklin                                  United States Attorney
Denver, CO 80218                          District of Colorado
Telephone: (303) 394-9945
Telephone: (719) 543-8636            KEVIN TRASKOS
vsmith3470@aol.com                     Deputy Chief, Civil Division
                                                        United States Attorney's Office

                                                        WILLIAM G. PHARO
                                                        Assistant United States Attorney

                                                        ALEXESS D. REA
                                                        Special Assistant United States Attorney
                                                        1001 17th Street
                                                        Denver, CO 80202
                                                        Telephone: (303) 844-7101
                                                        Facsimile: (303)454-0770
                                                        alexess.rea@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

**A.  Date Complaint Was Filed:** February 18, 2012
**B.  Date Complaint Was Served on U.S. Attorney's Office:** March 9, 2012
**C. Date Answer and Administrative Record Were Filed:** June 25, 2012

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

At this time, the Administrative Record appears to be complete and accurate; the parties will fully ascertain the completeness of the record upon the drafting and completion of their respective briefs.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties do not foresee offering any unusual claims or defenses in this case.

## 7.  OTHER MATTERS

The parties are not aware of any other matters at this time.

## 8.  BRIEFING SCHEDULE

Counsel for both parties agree to the following proposed briefing schedule:

**A.  Plaintiff's Opening Brief Due:** August 27, 2012
**B.  Defendant's Response Brief Due:** September 26, 2012
**C.  Plaintiffs Reply Brief (If Any) Due:** October 11, 2012

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A.  Plaintiff's Statement:**
> Plaintiff does request oral argument.

**B.  Defendant's Statement:**
> Defendant does not request oral argument

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.      ()  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.      (**X**)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

> DATED this 17th  day of July, 2012.

> BY THE COURT:

> *s/John L. Kane*_____
> U.S. DISTRICT COURT JUDGE

> APPROVED:

For Plaintiff:

s/ *Virginia L. Card Smith*
VIRGINIA L. CARD SMITH
1763 Franklin
Denver, CO 80218
Telephone: (303) 394-9945
Telephone: (719) 543-8636
vsmith3470@aol.com

Attorney for Plaintiff

For Defendant:

JOHN F. WALSH
United States Attorney
District of Colorado

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office

WILLIAM G. PHARO
Assistant United States Attorney

s/ *Alexess D. Rea*
ALEXESS D. REA
Special Assistant United States Attorney
1001 17th Street
Denver, CO 80202
Telephone: (303) 844-7101
Facsimile: (303) 454-0770
alexess.rea@ssa.gov

Attorneys for Defendant