**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-00437-AP

ROSALIND PAYNE,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| VIRGINIA L. CARD SMITH<br>1763 Franklin<br>Denver, CO 80218<br>Telephone: (303) 394-9945<br>Telephone: (719) 543-8636<br>vsmith3470@aol.com | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br><br>ALEXESS D. REA<br>Special Assistant United States Attorney<br>1001 17th Street<br>Denver, CO 80202<br>Telephone: (303) 844-7101<br>Facsimile: (303)454-0770<br>alexess.rea@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

A.  **Date Complaint Was Filed:** February 18, 2012
B.  **Date Complaint Was Served on U.S. Attorney's Office:** March 9, 2012
C. **Date Answer and Administrative Record Were Filed:** June 25, 2012

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

At this time, the Administrative Record appears to be complete and accurate; the parties will fully ascertain the completeness of the record upon the drafting and completion of their respective briefs.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not foresee offering any unusual claims or defenses in this case.

**7. OTHER MATTERS**

The parties are not aware of any other matters at this time.

**8. BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

A.  **Plaintiff's Opening Brief Due:** August 27, 2012
B.  **Defendant's Response Brief Due:** September 26, 2012
C.  **Plaintiffs Reply Brief (If Any) Due:** October 11, 2012

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:**
Plaintiff does request oral argument.

**B. Defendant's Statement:**
Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.  ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.  (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 17th day of July, 2012.

BY THE COURT:

*s/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| | JOHN F. WALSH |
| s/ *Virginia L. Card Smith* | United States Attorney |
| VIRGINIA L. CARD SMITH | District of Colorado |
| 1763 Franklin | |
| Denver, CO 80218 | KEVIN TRASKOS |
| Telephone: (303) 394-9945 | Deputy Chief, Civil Division |
| Telephone: (719) 543-8636 | United States Attorney's Office |
| vsmith3470@aol.com | |
| | WILLIAM G. PHARO |
| Attorney for Plaintiff | Assistant United States Attorney |
| | |
| | s/  *Alexess D. Rea* |
| | ALEXESS D. REA |
| | Special Assistant United States Attorney |
| | 1001 17th Street |
| | Denver, CO 80202 |
| | Telephone: (303) 844-7101 |
| | Facsimile: (303) 454-0770 |
| | alexess.rea@ssa.gov |
| | |
| | Attorneys for Defendant |