IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-437-AP**

**ROSALIND G. PAYNE,**

   Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

   Defendant.

# ORDER

Kane, J.

  Plaintiff's Application for an Award of Attorneys Fees Under the Equal Access to Justice Act, (doc. #32), filed October 30, 2012, is **APPROVED**. In consideration thereof, it is

  **ORDERED** that the Defendant pay to Plaintiff , through counsel, reasonable attorney fees and expenses in the amount of **$7,625.00**.

  Dated at Denver, Colorado, this 1st day of November, 2012.

           BY THE COURT:

           *S/John L. Kane*
           JOHN L. KANE, SENIOR JUDGE
           UNITED STATES DISTRICT COURT